U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | |
| ELVIA LIZETTE BONILLA | : | Case No. 08-176 (RJL) |

**FILED**
AUG 08 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## O R D E R

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this ~~9~~ 8th day of ~~July~~ August 2008 ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on _A date convenient to both parties_ by _FBI S/A Sean Ryan and Al Tenuta_ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _FBI S/A Sean Ryan and Al Tenuta_ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate) ~~Deborah A. Robinson~~

DOJ USA-16-1-80

DEFENSE COUNSEL